U.S.A. vs Rudolfo Torrez       No. 08mj 0656

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __3-7-08__ and ended on __3-14-08__ ; ( XM )
_____ and ended on _____ . ( )

3161(h)

____ (1)(A)    Exam or hrg for **mental or physical incapacity**                          A
____ (1)(B)    **NARA exam**ination (28:2902)                                             B
____ (1)(D)    State or Federal trials or **other charges pending**                       C
____ (1)(E)    **Interlocutory appeals**                                                  D
____ (1)(F)    **Pretrial motions** (from flg to hrg or other prompt dispo)               E
____ (1)(G)    **Transfers from other district** (per FRCrP 20, 21 & 40)                  F
____ (1)(J)    **Proceedings under advisement** not to exceed thirty days                 G
____           Misc proc: Parole or prob rev, deportation, **extradition**                H
____ (1)(H)    **Transportation** from another district or to/from examination            6
               or hospitalization in ten days or less
____ (1)(I)    Consideration by Court of **proposed plea agreement**                      7
____ (2)       **Prosecution deferred** by mutual agreement                               I
_X_ (3)(A)(B)  **Unavailability of defendant** or **essential witness**                   Ⓜ
____ (4)       Period of **mental or physical incompetence** of defendant to              N
               stand trial
____ (5)       Period of **NARA commitment or treatment**                                 O
____ (6)       **Superseding indictment and/or new charges**                              P
____ (7)       **Defendant awaiting trial of co-defendant** when no severance             R
               has been granted
____ (8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than             T
               one of the reasons below are given in support of continuance
____ (8)(B)(I) 1) Failure to grant a **continuance** in the proceeding                    T1
                  would result in a **miscarriage of justice** and
                  the ends of justice outweigh the best interest
                  of the public and the defendant in a speedy trial.
                  (**Continuance - miscarriage of justice**)
               2) Failure to grant a **continuance** of the trial would result in
                  a miscarriage of justice as the defendant has tendered a
                  guilty plea to a magistrate judge and is awaiting a
                  determination as to whether the plea will be accepted.
                  (**Continuance - tendered a guilty plea**)
____ (8)(B)(ii)  2) **Case** unusual or **complex**                                       T2
____ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3
____ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,     T4
                    or give reasonable time to prepare
                    (**Continuance re counsel**)
____ 3161(I)   Time up to **withdrawal of guilty plea**                                   U
____ 3161(b)   **Grand jury indictment time extended** thirty (30) more days              W

Date __3-7-08__                                           CAB
                                                    Judge's Initials