FILED

08 APR -2 PM 3: 37

BY: tcc   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 1008 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| RUDOLFO TORREZ, ) | |
| Defendant. ) | |

The grand jury charges:

On or about March 3, 2008, within the Southern District of California, defendant RUDOLFO TORREZ, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to El Salvador, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the

//

JDM:em:San Diego
4/1/08

1  United States, that was a substantial step toward committing the
2  offense, all in violation of Title 8, United States Code,
3  Sections 1326(a) and (b).
4      It is further alleged that defendant RUDOLFO TORREZ, was removed
5  from the United States subsequent to December 13, 2005.
6      DATED: April 2, 2008.

A ~~TRUE~~ BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney

2