KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736
Facsimile:  (619) 235-2757
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RUDOLFO TOREZ,<br><br>                    Defendant. | Criminal Case No. 08CR1008-LAB<br><br>Date:   May 19, 2008<br>Time:  2:00 p.m.<br><br>The Honorable Larry A. Burns<br><br>**UNITED STATES' NOTICE OF MOTIONS AND MOTIONS FOR:**<br><br>**(1)     FINGERPRINT EXEMPLARS;**<br>**(2)     RECIPROCAL DISCOVERY; AND**<br>**(3)     LEAVE TO GRANT FURTHER**<br>**          MOTIONS** |

PLEASE TAKE NOTICE that on May 19, 2008, at 2:00 p.m., or as soon thereafter as counsel

may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt,

United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, will move the Court

to enter an order granting the following motions.

/ /

/ /

/ /

08CR1008-LAB

**MOTIONS**

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, hereby moves this Court for an order granting the following motions for:

1.    Fingerprint Exemplars;

2.    Reciprocal Discovery; and

3.    Leave to File Further Motions

The motions noted above are based on the files and records of this case, together with the a separately captioned statement of facts and memorandum of points and authorities.

DATED: April 28, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney