| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | JOSEPH J.M. ORABONA |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No.223317 |
|   | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone No.: (619) 557-7736 |
|   | Email: joseph.orabona@usdoj.gov |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1008-LAB |
|---|---|
| Plaintiff, | ) Date: May 19, 2008 |
|  | ) Time: 2:00 p.m. |
| v. | ) The Honorable Larry A. Burns |
| RUDOLFO TORREZ, | ) **MOTION TO SHORTEN TIME** |
| Defendant. | ) |

The United States requests an order shortening time to May 13, 2008, to file its response in opposition (docket no. 16) to Defendants' various motions to dismiss, suppress, and compel (docket no. 14), in light of preparation for two trials within one week and the complexity of two of the five motions filed by Defendants.

DATED: May 13, 2008.

                                                      Respectfully submitted,

                                                      KAREN P. HEWITT
                                                      United States Attorney

                                                      s/Joseph J.M. Orabona
                                                      JOSEPH J.M. ORABONA
                                                      Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1008-LAB |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| RUDOLFO TORREZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **United States' Motion to Shorten Time**, as lead counsel for the United States, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Candis Mitchell
   Federal Defenders of San Diego, Inc.
   225 Broadway, Suite 900
   San Diego, California 92101-5008
   Tel: (619) 234-8501
   Fax: (619) 687-2666
   Email: candis_mitchell@fd.org
   *Lead Attorney for Defendant*

A hard copy will be delivered to chambers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney