1  **CANDIS MITCHELL**
California Bar No. 242797
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Candis_Mitchell@fd.org

5

6  Attorneys for Mr. Rudolfo Torrez

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

10

11

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CASE NO.: 08CR1008-LAB |
|   Plaintiff,  )  | DATE: MAY 19, 2008 |
| v.  )  | TIME: 2:00 P.M. |
| **RUDOLFO TORREZ**,  )  | **JOINT MOTION TO CHANGE THE DATE OF THE MOTION HEARING** |
|   Defendant.  )  | |

17

18    IT IS HEREBY STIPULATED by and between the parties that the motion hearing in this case be changed from May 19, 2008, at 2:00 p.m, to May 27, 2008, at 2:00 p.m, or such other time as convenient for the Court. Defense counsel is requesting the date change, as she is set for trial before the Hon. Janis L. Sammartino on May 19, 2008, in <u>United States v. Gaudencio Cayetano-Camacho</u>, 07cr3267-JLS. Time should be excluded as there are motions outstanding.

   So stipulated:

Dated: May 15, 2008
*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rudolfo Torrez
Candis_Mitchell@fd.org

Dated: May 15, 2008
*s/ Joseph Orabona*
**JOSEPH ORABONA**
Assistant United States Attorney