UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR1008-LAB |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **RUDOLFO TORREZ** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

Joseph J.M. Orabona
Assistant United States Attorney
880 Front Street
San Diego, CA 92101

and mailed to:

Rudolfo TORREZ
Reg. No. 58715-180
MCC San Diego
Metropolitan Correctional Center
808 Union Street
San Diego, CA 92101

*s/ Candis Mitchell*
**CANDIS MITCHELL**

Dated: May 15, 2008

Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail:Candis_Mitchell@fd.org