UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>**RUDOLFO TORREZ**,<br><br>    Defendant. | Case No.: 08CR1008-LAB<br><br>ORDER |

**IT IS HEREBY ORDERED** that the motion hearing in this case be changed from May 19, 2008, at 2:00 p.m, to May 27, 2008, at 2:00 p.m., or such other time as convenient for the Court.

DATED: May 16, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

08CR1008-LAB