| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>       v.<br><br>RUDOLFO TORREZ,<br><br>              Defendant. | Case No. 08CR1008-LAB<br><br>[~~PROPOSED~~] **ORDER** |

Upon motion of the United States and good cause appearing thereof,

IT IS HEREBY ORDERED that the United States' response in opposition (docket no. 16) to

Defendants' motions (docket no. 14), is to be filed no later than May 13, 2008.

DATED: May 14, 2008.

_____
HONORABLE LARRY A. BURNS
United States District Judge