KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No. 223317
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7736
Facsimile:  (619) 235-2757
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR1008-LAB |
|---|---|---|
| Plaintiff, | ) ) | Date: July 7, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | Place: Courtroom 9 |
| | ) | |
| RUDOLFO TORREZ, | ) | The Honorable Larry A. Burns |
| | ) | |
| Defendant. | ) ) | **UNITED STATES' NOTICE OF MOTIONS AND MOTIONS <u>IN LIMINE</u> TO:** |

**(A) EXCLUDE WITNESSES;
(B) ADMIT A-FILE DOCUMENTS;
(C) ADMIT CERTIFICATE OF NON-EXISTENCE;
(D) ADMIT TAPE AND TRANSCRIPT OF DEPORTATION HEARING;
(E) ADMIT CERTIFIED TRANSCRIPTS
(F) ADMIT EXPERT TESTIMONY;
(G) ADMIT 404(b) AND 609 EVIDENCE;
(H) PROHIBIT COLLATERAL ATTACK OF DEFENDANT'S DEPORTATION;
(I) PROHIBIT CERTAIN TYPES OF REFERENCES BY DEFENDANT;
(J) PRECLUDE EXPERT TESTIMONY BY DEFENSE;
(K) PRECLUDE ARGUMENT REGARDING WARNING;
(L) PRECLUDE ARGUMENT OF DURESS AND NECESSITY;
(M) PRECLUDE SELF-SERVING HEARSAY; AND
(N) RENEWED MOTION FOR RECIPROCAL DISCOVERY**

//

1       PLEASE TAKE NOTICE that on July 7, 2008, at 2:00 p.m., or as soon thereafter as counsel may
2  be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt,
3  United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, will move the Court
4  to enter an order granting the following motions in limine to:

5       1.  Exclude All Witnesses Except Case Agent;
6       2.  Admit A-File Documents And Testimony by the A-File Custodian;
7       3.  Admit Certificate Of Non-Existence;
8       4.  Admit Audiotape And Transcript Of Deportation Hearing;
9       5.  Admit Certified Transcripts of Prior Plea Colloquy;
10      6.  Admit Expert Testimony;
11      7.  Admit 404(b) and 609 Evidence;
12      8.  Prohibit Collateral Attack Of Deportation;
13      9.  Prohibit Certain Types of References by Defendant;
14      10. Preclude Expert Testimony By Defense
15      11. Preclude Argument Regarding Warning;
16      12. Preclude Argument Regarding Duress And Necessity;
17      13. Preclude Self-Serving Hearsay; and
18      14. Renewed Motion For Reciprocal Discovery

19      The motions in limine noted above are based on the files and records of this case, together with
20  the a separately captioned statement of facts and memorandum of points and authorities.

21      DATED: June 16, 2008

                            Respectfully submitted,

                            KAREN P. HEWITT
                            United States Attorney

                            /s/ *Joseph J.M. Orabona*
                            JOSEPH J.M. ORABONA
                            Assistant United States Attorney