UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 08CR1008-LAB |
| ) | |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| ) | |
| RUDOLFO TORREZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Motions and Motions In Limine** to (1) Exclude All Witnesses Except The Case Agent; (2) Admit A-File Documents And Testimony by the A-File Custodian; (3) Admit Certificate Of Non-Existence; (4) Admit Audiotape And Transcript Of Deportation Hearing; (5) Admit Certified Transcripts; (6) Admit Expert Testimony; (7) Admit 404(b) and 609 Evidence; (8) Prohibit Collateral Attack Of Deportation; (9) Prohibit Certain Types of References by Defendant; (10) Preclude Expert Testimony By Defense; (11) Preclude Argument Regarding Warning; (12) Preclude Argument Regarding Duress And Necessity; (13) Preclude Self-Serving Hearsay; and (14) Renewed Motion For Reciprocal Discovery together with the separately captioned Statement of Facts and Memorandum of Points and Authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Candis Mitchell, Esq.
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, California 92101-5030
Email: candis_mitchell@fd.org
*Lead Attorney for Defendant*

A hardcopy will be delivered to chambers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2008.

/s/ **Joseph J.M. Orabona**
JOSEPH J.M. ORABONA
Assistant United States Attorney